UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BITE ME, INC., a Washington Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> JUST BITE ME BAKING COMPANY, LLC, a Washington company; and MARY JANE LEWIS and JOHN DOE LEWIS, individually, the marital community comprised thereof, and D/B/A JUST BITE ME BAKING COMPANY, <br><br> Defendants. | No. C06-5243 RJB <br><br> STIPULATED AND [PROPOSED] ORDER OF DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(1) |

**STIPULATION**

It is hereby stipulated by and among plaintiff Bite Me, Inc. and defendants Just Bite Me Baking Company, LLC and Mary Jane Lewis, pursuant to Fed.R.Civ.P. 41(a)(1) that the following Order of Dismissal be entered by the Court without further notice or process:

1. Plaintiff Bite Me, Inc. and defendants Just Bite Me Baking Company, LLC and Mary Jane Lewis, pursuant to a Settlement Agreement entered into on or about the 21st day of

ORDER OF DISMISSAL C06-5243RJB
  - 1

Freeman Law Firm, Inc.
1107 ½ Tacoma Avenue South
Tacoma, WA 98407
253-383-4500
253-383-4501, facsimile

August stipulate to the dismissal of this action with prejudice and without attorney's fees or costs.

DATED this 22nd day of August, 2006.

| /s/ Spencer D. Freeman | /s/ Gregory J. Lawless |
|---|---|
| Spencer D. Freeman | Gregory J. Lawless |
| The Freeman Law Firm, Inc. | The Lawless Partnership, LLP |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 1107 ½ Tacoma Ave South | 6018 Seaview Ave NW |
| Tacoma, WA 98407 | Seattle, WA 98107-2657 |
| sfreeman@freemanlawfirm.org | glawless@lawless2.com |
| (253) 383-4500 | (206) 782-9535 |
| Facsimile (253) 383-4501 | Facsimile (206) 782-9569 |

## **ORDER**

IT IS SO ORDERED.

DATED this 22nd day of August, 2006.

*[signature]*

The Honorable Robert J. Bryan
United States District Judge

ORDER OF DISMISSAL C06-5243RJB
 - 2